UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>NATOMAS POLICE DEPARTMENT, et al.,<br><br>Defendants. | No. 2:18-cv-2628-JAM-KJN PS<br><br><br><br>ORDER |

Presently pending before the court is plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

The affidavit in support of the motion indicates that plaintiff has gross income of approximately $15,000.00 per month and net income of approximately $9,758.00 per month, and also has $67,000.00 in a checking or savings account. (ECF No. 2.) As such, plaintiff plainly does not qualify for *in forma pauperis* status.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED.
2. Within 28 days of this order, plaintiff shall pay the applicable filing fee.
3. Failure to timely pay the filing fee, or timely request an extension of time to do so,

may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: November 7, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE